IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:17-CV-71-D

| | |
|---|---|
| BELINDA LIPSCOMB FOUSHEE, Individually and as Executrix of the Estate of ANNEKA FOUSHEE,<br><br>Plaintiff,<br><br>v.<br><br>RT VANDERBILT HOLDING COMPANY, INC. Indiv. and as Successor in Interest to R.T. VANDERBILT COMPANY, INC., and VANDERBILT MINERALS, LLC f/k/a R.T. VANDERBILT COMPANY, INC., Individually and as Successor in Interest to INTERNATIONAL TALC CO.,<br><br>Defendants. | **AMENDED DISCOVERY SCHEDULING ORDER** |

Pursuant to the Consent Motion of the Parties for an Amended Discovery Scheduling Order, the Court finds there is good cause to grant this motion and order the discovery scheduling order to be amended as follows:

a. All discovery shall be completed by **December 10, 2019**;

b. The parties shall conduct a mediated settlement conference on or before **December 20, 2019**;

c. The matter shall be trial ready by **February 1, 2020.**

1

d.. The parties may modify any of the terms of this Order, except the trial date, by written consent or upon Order of the Court upon a showing of good cause.

SO ORDERED. This \_\_\_11\_\_\_ day of September 2019.

JAMES C. DEVER III
**United States District Judge**