IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:17-CV-00071-M

BELINDA LIPSCOMB FOUSHEE, *as Personal Representative of the Estate of Anneka Foushee*,

    Plaintiff,

v.

R.T. VANDERBILT HOLDING COMPANY, INC., *Individually and as Successor in Interest to R.T. Vanderbilt Company, Inc.*, VANDERBILT MINERALS, LLC, *f/k/a R.T. Vanderbilt Company, Inc., Individually and as Successor in Interest to International Talc Co.*,

    Defendants.

**AMENDED DISCOVERY SCHEDULING ORDER**

Pursuant to the Consent Motion of the Parties for an Amended Discovery Scheduling Order [DE-73], the court finds there is good cause to grant this motion and order the discovery scheduling order to be amended per the parties' request as follows:

    a. Depositions of Plaintiff's expert witness must be completed by **June 30, 2020**;

    b. Defendant produces all rebuttal expert witness reports by **July 30, 2020**;

    c. Depositions of Defendant's expert witnesses must be complete by **August 30, 2020**;

    d. All discovery of any kind shall be completed by **August 30, 2020**;

    e. Parties must re-file dispositive motion by **September 11, 2020**;

1

f. Parties must exchange and file Pre-Trial disclosures by **September 28, 2020**;

g. Parties may serve and file objections to the admissibility of any evidence listed by any other party in its Pre-Trial disclosures by **October 9, 2020**;

h. Parties must serve and file all Motions-in-Limine by **October 5, 2020**;

i. The matter shall be trial ready on or after **October 19, 2020**; and

j. The parties may modify any of the terms of this Order, except the trial date, by written consent or upon Order of the Court upon a showing of good cause.

SO ORDERED this the 17Th day of July, 2020.

RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE